ACCEPTED
03-14-00469-CR
4220726
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 5:16:10 PM
JEFFREY D. KYLE
CLERK

# MILAM COUNTY



**BILL TORREY**
*County and District Attorney*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 5:16:10 PM
JEFFREY D. KYLE
Clerk

February 19, 2015,

Jeffrey D. Kyle
Clerk of the Court of Appeals
Third Supreme Judicial District
P.O. Box 12547
Austin, Texas  78711-2547

RE:     *Mitchell Hollis Wright vs. The State of Texas*
         Court of Appeals No. 03-14-00468-CR; 03-14-00469-CR;
         20th Judicial District Court, Milam County, Texas: Cause No. CR23,384;  CR23,385

Dear Clerk:

        The Milam County District Attorney's Office's interest in this matter was primarily that the victim be made whole. The Appellant's co-defendant, Kody Allen Adcox, paid the remaining balance owed on restitution on February 12, 2015. (See attached) As such, from our perspective, the appeal is moot.

        Furthermore, the Milam County District Attorney's Office agrees with the Appellant that the weight of authority is against the State in all of the Appellant's points of error. Please affirm as modified pursuant to Appellant's prayer for relief.

        Unless instructed otherwise, we will not be filing a brief in these matters.

                                Respectfully,

                                Joseph P. Johnson
                                Ass't County and District Attorney
                                Milam County District Attorney's Office

cc:     Justin Bradford Smith
        HARRELL & STOEBNER, P.C.
        2106 Bird Creek Drive
        Temple, TX  76502
        Phone: 254-771-1855
        Fax:  254-771-2082
        Email: justin@templelawoffice.com

The Blake Building • 204 N. Central • Cameron, Texas 76520 • (254) 697-7013 • Fax (254) 697-7016 • Email: daoffice@milamcounty.net

CAUSE NO.   CR23, 355

THE STATE OF TEXAS

VS.

KODY ALLEN ADCOX

IN THE DISTRICT COURT

OF

MILAM COUNTY, TEXAS

## ORDER MODIFYING CONDITIONS OF PROBATION

On the 12TH day of  February, 2015, came to be heard the State's Motion to modify the conditions of probation heretofore granted in the above entitled and numbered cause on the 11th day of October, 2012 , and the Court finds that the Order placing the Defendant on probation in Cause No.  CR23, 355 is hereby amended by adding Condition number 27 in said Order as follows, to-wit:

27.  Pay $1654.00 remaining balance owed on restitution by Mitchell Hollas Wright CR23, 385 CT2, co-defendant of Kody Allen Adcox CR23, 355.  Both defendants are jointly and severally liable.

All other terms and conditions of the original order of probation dated the 11th day of October, 2012, shall remain in full force and effect as heretofore ordered.

Signed this 12th day of February, 2015.

_____
County & District Attorney

_____
Presiding Judge, 20th Judicial District
Milam County, Texas

I acknowledge receipt of a copy
Of the conditions of my probation as
modified and I understand them.

_____
Date

_____
Probationer

_____
Probation Officer

**FILED**
At 1:20 o'clock P M

FEB 1 2 2015

KAREN BERRY
DISTRICT CLERK. MILAM COUNTY, TEXAS
BY_____
DEPUTY

DUPLICATE
MILAM COUNTY

# MILAM COUNTY COMMUNITY SUPERVISION
# AND CORRECTIONS DEPARTMENT

**INACTIVE CASE**

Cause : **CR23355**
Probation Date : **10/11/2012**

Name: **KODY ALLEN ADCOX**
Expiration Date: **09/25/2017**

CSO: **013**
Supervision: **4**

## FEES

| Fee Type | Begin | Assessed | Per Month | Total Credit | Balance | Deliq Amt |
|---|---|---|---|---|---|---|
| Probation Fee | 11/01/12 | 3600.00 | 60.00 | 1946.00 | 1654.00 | −266.00 |
| District Ccosts 2 | 11/01/12 | 301.00 | | 301.00 | 0.00 | 0.00 |
| Ua Fee | 12/01/12 | 40.00 | | 40.00 | 0.00 | 0.00 |
| Work Program | 12/01/12 | 25.00 | | 25.00 | 0.00 | 0.00 |
| Restitution | 12/01/12 | 3679.00 | | 3679.00 | 0.00 | −2329.00 |
| Theft Fee | 12/01/12 | 65.00 | | 65.00 | 0.00 | 0.00 |
| Crimestoppers | 12/01/12 | 50.00 | | 50.00 | 0.00 | 0.00 |
| Drug Offender Educ | 08/31/13 | 95.00 | | 95.00 | 0.00 | 0.00 |
| **Totals** | | 7855.00 | 60.00 | 6201.00 | 1654.00 | −2595.00 |

## TRANSACTIONS

| Receipt | Date | Assessed | Waived | Paid | Fee Type | Allocation |
|---|---|---|---|---|---|---|
| 58451 | 11/05/12 | | | 200.00 | Probation Fee | 60.00 |
| | | | | | District Ccosts 2 | 50.00 |
| | | | | | Ua Fee | 40.00 |
| | | | | | Work Program | 25.00 |
| | | | | | Crimestoppers | 25.00 |
| 59276 | 02/06/13 | | | 470.00 | Probation Fee | 180.00 |
| | | | | | District Ccosts 2 | 115.00 |
| | | | | | Restitution | 150.00 |
| | | | | | Crimestoppers | 25.00 |
| 59969 | 04/05/13 | | | 153.00 | Probation Fee | 120.00 |
| | | | | | Theft Fee | 33.00 |
| 60259 | 05/09/13 | | | 160.00 | Probation Fee | 60.00 |
| | | | | | District Ccosts 2 | 10.00 |
| | | | | | Restitution | 90.00 |
| 60586 | 06/13/13 | | | 275.00 | Probation Fee | 60.00 |
| | | | | | District Ccosts 2 | 105.00 |
| | | | | | Restitution | 110.00 |
| 61043 | 08/02/13 | | | 95.00 | Drug Offender Educ | 95.00 |
| 61904 | 11/07/13 | | | 200.00 | Probation Fee | 179.00 |
| | | | | | District Ccosts 2 | 21.00 |
| 63182 | 03/28/14 | | | 50.00 | Probation Fee | 50.00 |
| 63323 | 04/10/14 | | | 300.00 | Probation Fee | 300.00 |

| Receipt | Date | Amount | Type | Amount |
|---|---|---|---|---|
| 63645 | 05/15/14 | 90.00 | Probation Fee | 90.00 |
| 63858 | 06/11/14 | 110.00 | Probation Fee | 101.00 |
| | | | Restitution | 9.00 |
| 63986 | 06/27/14 | 500.00 | Restitution | 500.00 |
| 64215 | 07/21/14 | 32.00 | Theft Fee | 32.00 |
| 64692 | 09/18/14 | 50.00 | Probation Fee | 50.00 |
| 64832 | 10/06/14 | 500.00 | Probation Fee | 190.00 |
| | | | Restitution | 310.00 |
| 65207 | 11/19/14 | 400.00 | Probation Fee | 60.00 |
| | | | Restitution | 340.00 |
| 65692 | 01/16/15 | 120.00 | Probation Fee | 120.00 |
| 65821 | 02/04/15 | 2496.00 | Probation Fee | 1980.00 |
| | | | Restitution | 516.00 |
| 65821*V | 02/13/15 | −2496.00 | Probation Fee | −1980.00 |
| | | | Restitution | −516.00 |
| | New Restitution Will Be Entered. | | | |
| MOD*1775 | 02/12/15 | 1654.00 | Restitution | |
| | New Restitution Was Added | | | |
| 65945 | 02/13/15 | 2496.00 | Probation Fee | 326.00 |
| | | | Restitution | 2170.00 |
| **Totals** | | 6201.00 | | |

2/4/15 — 2496 pd. — applied on to Adcox case Rec # 65821

2/12/15 — Added 1654 restitution to Adcox per modification order For restitution balance owed by Mitchell Wright CR23385 CT. 2. — co-def.

2/13/15 — Receipt # 65821 voided

2/13/15 — Receipt # 65945 issued paying restitution balance in full for both Adcox & Wright. Adcox should be restitution recipient for Wright.